**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| BRIAN KEITH STAFFORD, | ) | NO. CV 12-1490-GHK(E) |
| | ) | |
|               Petitioner, | ) | |
| | ) | |
|   v. | ) | ORDER ACCEPTING FINDINGS, |
| | ) | |
| R.H. TRIMBLE, Warden, | ) | CONCLUSIONS AND RECOMMENDATIONS OF |
| | ) | |
| | ) | UNITED STATES MAGISTRATE JUDGE |
|               Respondent. | ) | |
| _____ | ) | |

     Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

     IT IS ORDERED that: (1) Ground Six of the Petition is denied and dismissed with prejudice; (2) Ground Seven of the Petition is denied and dismissed without prejudice; and (3) within thirty (30) days of the date of this Order, Respondent shall file a Supplemental Answer addressing the merits of Grounds One, Two, Three, Four, and Five of the Petition.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Magistrate Judge's Report and Recommendation herein on Petitioner, and on counsel for Respondent.

DATED:        11/25        , 2012.

_____
GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE