**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| BRIAN KEITH STAFFORD, | ) | NO. CV 12-1490-GHK(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| DANIEL PARAMO, Warden, | ) | |
| Respondent. | ) | |

Pursuant to Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that Ground Three of the Petition is denied and dismissed without prejudice to the extent that Ground Three alleges an ex post facto claim. All other claims in the Petition not previously

///
///
///
///
///

1  adjudicated in this Court's "Order Accepting Findings, etc.," filed
2  November 25, 2012, are denied and dismissed with prejudice.
3
4         DATED:        10/1      , 2013.
5
6
7                          _____
                                    GEORGE H. KING
8                          CHIEF UNITED STATES DISTRICT JUDGE

2